■ JESSIE SHAPIRO, Respondent, v. IRVIN SHAPIRO, Appellant.— Order unanimously modified to the extent of reducing the counsel fee to $10,000, and, as so modified, affirmed, without costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ IRVING M. ARIEL, Appellant-Respondent, v. JOSEPHINE M. ARIEL, Respondent-Appellant.— This action for divorce and separation was terminated by a stipulation of settlement and discontinuance dictated into the record on April 4, 1956. While it was not until after the stipulation was vacated and the case restored to the calendar that the motion was made to punish the husband for contempt, and the order adjudging him to be in contempt and fining him was entered, this court has held that the vacating of the stipulation and the restoration of the case to the calendar was erroneous (*Ariel* v. *Ariel,* 5 A D 2d 168). The action having effectively come to an end April 4, 1956, any subsequent steps taken to compel compliance with orders previously entered therein must fall (*Polizotti* v. *Polizotto,* 305 N. Y. 176; *Wheelock* v. *Wheelock,* 3 A D 2d 25, affd. 4 N Y 2d 706). The order appealed from is therefore modified by striking therefrom the second, third and fourth decretal paragraphs and is otherwise affirmed, without costs. Appeal is dismissed. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ PEASE & ELLIMAN, INC., Respondent, v. HANOVER BANK et al., as Executors and Trustees under the Will of WILLIAM WOODWARD, JR., Deceased, Defendants, and WILLIAM J. LEVITT, Appellant.— Order unanimously modified, on the law and in the exercise of discretion, to grant defendant-appellant's motion to the extent of directing plaintiff to serve a further bill of particulars with respect to item 2 (b), within 10 days from the service of a copy of the order herein with notice of entry thereof. The demand requires that plaintiff set forth whether or not it claims to be the competent producing cause of the sale. The demand, therefore, should be answered categorically. As so modified, the order appealed from is affirmed, without costs. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

■ LILLIAN STUBITS, an Infant, by FRANK STUBITS, Her Guardian ad Litem, et al., Appellants, v. JUNG YOUNG LAUNDRY, INC., et al., Respondents. — Order unanimously reversed, with $20 costs and disbursements to the appellants and the motion for a rule V (New York County Supreme Court Trial Term Rules) preference granted. On this record, plaintiff was entitled to the preference sought. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.